IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **OFFICE OF THE DIRECTOR OF** | ) |
| **NATIONAL INTELLIGENCE,** | ) |
| Washington, D.C. 20511 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE to conduct a reasonable search, issue a determination, and produce records regarding the origins of the COVID-19 pandemic.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 16, 2023 FOIA REQUEST TO ODNI—KEEN WIV COMMS

6. On June 16, 2023, Plaintiff submitted a FOIA request to ODNI for the following records:

> Any and all emails, documents, memos, white papers, studies, text messages or other records sent, received or otherwise in the possession of Adrienne Keen, the Director of Global Health Security at ODNI, that reference the Wuhan Institute of Virology (WIV), the Wuhan CDC, or any of its affiliated scientists, including Ben Hu, Peter Daszak, Yu Ping, and/or Yan Zhu.
>
> This request also seeks all records that were reviewed or handled by Dr. Keen or otherwise in her possession during her participation in the declassification of material related to U.S. government assessments of COVID-19's origins. That declassification process is described in the following article: https://www.washingtonpost.com/politics/2023/03/20/biden-signs-bill-covid-origins/

7. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

8. On January 29, 2024, ODNI stated that the estimated date of completion for the request was "300 to 360 days." *Id*.

9. On August 7, 2024, Plaintiff sought an estimated date of completion for the request.

10. ODNI did not send any further correspondence to Plaintiffs regarding this request.

11. As of the date of this filing, ODNI has not issued a determination on Plaintiff's request.

12. As of the date of this filing, ODNI has failed to make any responsive records promptly available to Plaintiff.

**JUNE 19, 2023 FOIA REQUEST TO ODNI—DECLASSIFIED RECORDS**

13. On June 19, 2023, Plaintiff submitted a FOIA request to ODNI for the following records:

> Any and all records declassified by ODNI as a result of the COVID-19 Origin Act of 2023, which became law in March 2023 and required the declassification of government records related to the origin of COVID-19 no later than June 2023. More details about the law and the required declassification can be found here: https://www.congress.gov/bill/118th-congress/senate-bill/619

14. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 2.

15. On July 13, 2024, ODNI acknowledged receipt of the request and assigned reference number DF-2023-00234 to the matter.

16. A true and correct copy of the acknowledgement letter is attached as Exhibit 3.

17. On June 24, 2024, Plaintiff inquired about the status of the request. Ex. 2.

18. On August 7, 2024, Plaintiff sought an estimated date of completion. ODNI did not respond to Plaintiff's message. *Id*.

19. As of the date of this filing, ODNI has not issued a determination on Plaintiff's request.

20. As of the date of this filing, ODNI has failed to make any responsive records promptly available to Plaintiff.

**JUNE 19, 2023 FOIA REQUEST TO ODNI—COVID ORIGINS ACT**

21. On June 19, 2023, Plaintiff submitted a FOIA request to ODNI for the following records:

> Any and all emails, documents, memos, white papers, studies, text messages or other records sent, received or otherwise in the possession of Adrienne Keen, the Director of Global Health Security at ODNI, that reference the Wuhan Institute of Virology (WIV), the

>   Wuhan CDC, or any of its affiliated scientists, including Ben Hu, Peter Daszak, Yu Ping, and/or Yan Zhu.
>
>   This request also seeks all records that were reviewed or handled by Dr. Keen or otherwise in her possession during her participation in the declassification of material related to U.S. government assessments of COVID-19's origins. That declassification process is described in the following article: https://www.washingtonpost.com/politics/2023/03/20/biden-signs-bill-covid-origins/
>
>   I am a reporter for The Nation, The Guardian and other outlets. I am resubmitting this request in light of the statutorily-required declassification of information related to the origin of COVID-19, as per the Covid Origins Act of 2023. For more information related to the legal requirements of that declassification, please see the following information: https://www.hawley.senate.gov/hawley-covid-origins-bill-signed-law

22. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 4.

23. On July 13, 2024, ODNI acknowledged receipt of the request and assigned reference number DF-2023-00234 to the matter.

24. A true and correct copy of the acknowledgement letter is attached as Exhibit 5.

25. On January 4, 2024, ODNI stated that the estimated time to complete the request was "120 to 180 days." Ex. 4.

26. On February 9, 2024, ODNI stated that the estimated date of completion for the request was "300 to 360 days."

27. On August 7, 2024, Plaintiff sought an estimated date of completion for the request. ODNI did not respond to Plaintiff's message. *Id.*

28. As of the date of this filing, ODNI has not issued a determination on Plaintiff's request.

29. As of the date of this filing, ODNI has failed to make any responsive records promptly available to Plaintiff.

**FEBRUARY 2, 2024 FOIA REQUEST TO ODNI—KEEN SCIENTIST COMMS**

30. On February 2, 2024, Plaintiff submitted a FOIA request to ODNI for the following records:

> Any and all electronic communications, including emails, text messages and email attachments, between Adrienne Keen, the Director of Global Health Security at ODNI, and one or more of the following scientists or government officials: Kristian Andersen of Scripps, Robert Garry of Tulane, Edward Holmes of the University of Sydney, David Morens of the NIH, Anthony Fauci of the NIH, Francis Collins of the NIH, and/or Jeremy Farrar of the Wellcome Trust. This request seeks records produced since January 1, 2020.

31. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 6.

32. On March 8, 2024, ODNI stated the estimated time to complete the request was "30 to 90 days." *Id*.

33. On March 27, 2024, ODNI stated that the new estimated time to complete the request was "120 days to 180 days" and assigned reference number DF-2024-00131 to the matter. *Id*.

34. On August 7, 2024, Plaintiff sought an estimated date of completion for the request. *Id*.

35. ODNI did not send any further correspondence to Plaintiffs regarding this request.

36. As of the date of this filing, ODNI has not issued a determination on Plaintiff's request.

37. As of the date of this filing, ODNI has failed to make any responsive records promptly available to Plaintiff.

**COUNT I – ODNI'S FOIA VIOLATION**
**JUNE 16, 2023 FOIA REQUEST—KEEN WIV COMMS**

38. The above paragraphs are incorporated by reference.

39. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

40. Defendant ODNI is a federal agency subject to FOIA.

41. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

42. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

43. Defendant ODNI has failed to issue a determination within the statutory deadline.

44. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

**COUNT II – ODNI'S FOIA VIOLATION**
**JUNE 19, 2023 FOIA REQUEST—DECLASSIFIED RECORDS**

45. The above paragraphs are incorporated by reference.

46. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

47. Defendant ODNI is a federal agency subject to FOIA.

48. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

49. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

50. Defendant ODNI has failed to issue a determination within the statutory deadline.

51. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

## COUNT III – ODNI'S FOIA VIOLATION
## JUNE 19, 2023 FOIA REQUEST— COVID ORIGINS ACT

52. The above paragraphs are incorporated by reference.

53. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

54. Defendant ODNI is a federal agency subject to FOIA.

55. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

56. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

57. Defendant ODNI has failed to issue a determination within the statutory deadline.

58. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

## COUNT IV – ODNI'S FOIA VIOLATION
## FEBRUARY 2, 2024 FOIA REQUEST— KEEN SCIENTIST COMMS

59. The above paragraphs are incorporated by reference.

60. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

61. Defendant ODNI is a federal agency subject to FOIA.

62. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

63. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

64. Defendant ODNI has failed to issue a determination within the statutory deadline.

65. Defendant ODNI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: August 27, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com